UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.   MJ08-41 |
| v. | |
| BARBARA JEAN PACHECO, | DETENTION ORDER |
| Defendant. | |

Offenses charged in the Southern District of Iowa:

    Count 1:    Conspiracy to Distribute Drugs, in violation of Title 21, U.S.C., Section 841(a)(1).

    Date of Detention Hearing: February 8, 2008

The Court conducted both a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a preliminary Rule 5(c)(3) inquiry. The defendant waived his rights to a full Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating district court of the Southern District of Iowa to answer the charges.

The Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Nicholas Brown. The defendant was represented by Peter Avenia.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant's criminal history includes two prior convictions regarding delivery of controlled substances.

(2) The alleged offense occurred while Defendant was under Iowa state court

DETENTION ORDER
PAGE -1-

supervision, although her supervision was later transferred to this district.

(3) She is currently unemployed and dependent upon her spouse and is considered to have substance abuse problems.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2008.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-